Elizabeth P. Hodes, ABA #0511108
DAVIS WRIGHT TREMAINE LLP
188 West Northern Lights Blvd., Suite 1100
Anchorage, AK 99503
Phone: (907) 257-5300
elizabethhodes@dwt.com

Attorney for Kikiktagruk Inupiat Corporation

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| Fony Imawan, | |
| Plaintiff, | |
| vs. | Case No. 3AN-20-06701CI |
| Kikiktagruk Inupiat Corporation, | |
| Defendant. | |

## <u>NOTICE TO THE COURT OF REMOVAL OF ACTION</u>

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, defendant Kikiktagruk Inupiat Corporation ("KIC") respectfully gives notice to this Court and to Plaintiff Fony Imawan that KIC has removed this action to the United States District Court for the District of Alaska as set forth in the attached Notice of Removal of a Civil Action filed in the United States District Court on July 23, 2020.

Pursuant to 28 U.S.C. § 1446(d), this Court shall proceed no further unless and until the case is remanded.

Davis Wright Tremaine LLP
LAW OFFICES
188 West Northern Lights Blvd #1100
Anchorage, Alaska 99503
(907) 257-5300 · Fax: (907) 257-5399

Dated this 24th day of July, 2020.

Davis Wright Tremaine LLP
Attorneys for Kikiktagruk Inupiat Corporation

By _____
    Elizabeth P. Hodes
    Alaska Bar No. 0511108

Certificate of Service:

I certify that on 24th day of July, 2020, a true and
correct copy of the foregoing document
was served on the following via: USPS.

Isaac D. Zorea, Esq.
Attorney at Law
PO Box 210434
Anchorage, AK  99521

By:_____
    M. Kirsten Gustafson

**Davis Wright Tremaine LLP**
LAW OFFICES
188 West Northern Lights Blvd #1100
Anchorage, Alaska 99503
(907) 257-5300 · Fax: (907) 257-5399

Notice to the Court of Removal of Action
*Imawan v. Kikiktagruk Inupiat Corporation* | 3AN-20-06701CI
4843-3765-1139v.1 0086450-000007

Page **2** of **2**

Exhibit A, Page 2 of 2

Case 3:20-cv-00180-JWS   Document 1-1   Filed 07/24/20   Page 2 of 2