IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

FONY IMAWAN,

  Plaintiff,

v.

KIKIKTAGRUK INUPIAT CORPORATION,

  Defendant.

Case No. 3AN-20-  CI

## COMPLAINT

COMES NOW, Fony Imawan, the plaintiff above named, by and through her attorney, Isaac Derek Zorea, and complains as follows:

### I. JURISDICTION

1.1. At all relevant times, plaintiff, Fony Imawan, resided within the Third Judicial District, State of Alaska.

1.2. At all relevant times, defendant, Kikiktagruk Inupiat Corporation, has maintained significant business connections within the Third Judicial District, State of Alaska.

1.3. Venue properly rests within the Third Judicial District, State of Alaska.

### II. FACTS

2.1. On or about January 24, 2019, Plaintiff Fony Imawan began working for defendant Kikiktagruk Inupiat Corporation, working in its Payroll department.

COMPLAINT: IMAWAN V. KIKIKTAGRUK INUPIAT CORPORATION    PAGE - 1 -

2.2. Plaintiff Fony Imawan was hired at a rate of $90,000 a year, in the position of Payroll Manager, classified as an employee exempt from overtime wages.

2.3. Defendant Kikiktagruk Inupiat Corporation classified plaintiff Fony Imawan as its Payroll Manager. The position was characterized as exempt from Fair Labor Standard Act's (FLSA) requirements for overtime compensation.

2.4. Despite Kikiktagruk Inupiat Corporation's characterization of Plaintiff Fony Imawan's position as exempt from overtime, her duties did not conform to the exemption requirements, as identified in the FLSA.

2.5. During the entirety of her employment with Kikiktagruk Inupiat Corporation, to the date of filing this complaint, Plaintiff Fony Imawan has never supervised two or more employees, nor did she have discretion to hire or fire, or otherwise implement any decisions significantly binding to her employer.

2.6. The majority of the work that plaintiff Fony Imawan performed for her employer related to data input, processing payroll, and following the directives of Kikiktagruk Inpuiat Corporation's Controller and Chief Financial Officer.

2.7. At the time of plaintiff Fony Imawan's hiring, she was informed that the normal expectations were that she would work a 40 hour week, and receive a salary of $90,000 per year. Additionally, Fony Imawan was informed that she was to keep track of all hours that she actually worked.

2.8. Based on the records kept by plaintiff Fony Imawan, and submitted to her supervisor for approval, Ms. Imawan worked over 736 hours of overtime work for her employer. She has not received overtime payments for any of these hours.

2.9. It is believed that during the relevant time of her employment, plaintiff Fony Imawan earned a regular wage approximating $43.30 an hour, and an overtime wage rate approximating $64.95 an hour.

2.10. Based on the belief that plaintiff Fony Imawan worked over 736 hours of overtime work for her employer, and the fact that she earned approximately $64.95 for her overtime work, Ms. Imawan alleges that her employer Kikiktagruk Inupiat Corporation owes her $47,835.68 in unpaid overtime.

2.11. Based on the fact that defendant Kikiktagruk Inupiat, which required that plaintiff Fony Imawan keep accurate record of the hours that she worked, knew that she worked over 736 hours of overtime work, and should have known that she was improperly classified as an exempt employee, Ms. Imawan alleges that her employer Kikiktagruk Inupiat Corporation owes her $47,835.68 in liquidated damages, in addition to the equal amount of unpaid overtime identified above.

## CAUSES OF ACTION

**A.  VIOLATION OF FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED (29 USC § 201 ET SEQ.): FAILURE TO PAY OVERTIME OR PROPERLY COMPENSATE EMPLOYEE.**

3.1. Fony Imawan incorporates all the facts and allegations within the paragraphs listed above, 2.1 through 2.11.

3.2. Plaintiff Fony Imawan alleges that she worked overtime hours for her employer Kikiktagruk Inupiat Corporation, but was improperly classified as an exempt employee and therefore did not receive overtime pay of one and one half times her normal rate of pay.

3.3. Plaintiff Fony Imawan further alleges that by failing to pay her overtime wages for all hours that defendant Kikiktagruk Inupiat Corporation knew she worked, or had reason to know that she worked, it violated the Fair Labor Standards Act, 29 U.S.C. § 207.

3.4. Plaintiff seeks damages from defendant Kikiktagruk Inupiat Corporation, for its violations of the Fair Labor Standards Act, as outlined above, which includes payment of her unpaid overtime wages for all hours that she worked over 40 hours in a week or eight hours in a day, liquidated damages, prejudgment interest, and actual reasonable attorney fees.

## PRAYER OF RELIEF

WHEREFORE, Plaintiff Fony Imawan, requests judgment against defendant Kikiktagruk Inupiat Corporation, as follows:

1. Full and complete payment of all unpaid overtime compensation defendant Kikiktagruk Inupiat Corporation owes Plaintiff dating back to the date of her hire, in an amount equal to time and half of her regular rate of pay, plus liquidated damages, and prejudgment interest, with the exact amount to be proven at trial, but in an amount in excess of the jurisdictional limit for this court;

2. Actual reasonable attorney fees, pursuant to the Federal Fair Labor Standards Act, liquidated damages, and all permitted prejudgment interests on the unpaid wages.

3. Plaintiff Fony Imawan further seeks such other relief as the court may deem just and proper based on the egregious nature of defendants' conduct.

Dated: June 18, 2020

Isaac D. Zorea
ABA No. 0011090
Counsel for Fony Imawan